AO 91 (Rev. 11/11) Criminal Complaint

FILED
OCT 19 2023
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| YAW AYIM | ) | Case No. 2:23-mj-210 |
| | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **May 2020 through October 2021** in the county of **Sterling** in the **Eastern** District of **Virginia**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1343 | Wire Fraud |

This criminal complaint is based on these facts:
See Attached

☑ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:
Joseph Kosky, AUSA

Complainant's signature
Jannelle Maloney, DHS HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/19/2023

Judge's signature

City and state: Norfolk, Virginia

Robert J. Krask, Magistrate Judge
*Printed name and title*